OPINION — AG — ** OKLAHOMA CONSERVATION — SUE — LEGAL ACTION ** UNDER 45 O.S. 740.1 [45-740.1] ET SEQ., THE OKLAHOMA CONSERVATION COMMISSION 'HAS' THE AUTHORITY TO SUE IN ADMINISTERING THE OKLAHOMA ABANDONED MINE RECLAMATION ACT. (RULES AND REGULATIONS, LEGAL ACTION, COURT, ATTORNEY) CITE: 45 O.S. 740.3 [45-740.3] (OKLAHOMA ABANDONED MINE RECLAMATION ACT) (JERRY C. BLACKBURN)